IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANKLIN CALIFORNIA TAX-FREE TRUST (for the FRANKLIN CALIFORNIA INTERMEDIATE-TERM TAX FREE INCOME FUND), et al., <br><br> Plaintiffs, <br> v. <br><br> THE COMMONWEALTH OF PUERTO RICO, et al., <br><br> Defendants. | CASE NO. 14-1518 (FAB) <br><br><br><br> DECLARATORY JUDGMENT |

### RESPONSE TO DEFENDANTS' MOTION TO CONSOLIDATE

**TO THE HONORABLE COURT:**

**COME NOW** Plaintiffs the Franklin Funds and the Oppenheimer Rochester Funds,[1] by and through their attorneys and respectfully represent as follows:

On August 15th, 2014, Defendants filed "Defendants' Motion for Consolidation and for Entry of Coordinated Briefing Schedule." See Dkt. 87. The Plaintiffs do not oppose Defendants' request, provided that, as stated by the Defendants at footnote 2 of their motion and as this Court has recognized, consolidation "does not alter the character of separate suits" nor does it "merge the two suits into a single cause or change the rights of the parties, or make those who are parties in one suit parties in another." *Pino-Betancourt v. Hosp. Pavia Santurce*, 928 F. Supp. 2d 393, 396 (D.P.R. 2013) (Besosa, J.) (citations omitted). Thus, consolidation should not diminish the respective substantive and procedural rights of the plaintiffs in the two consolidated suits,

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plaintiffs' Second Amended Complaint. See Dkt. 85.

Response to Defendants' Motion to Consolidate
Civil No. 14-1518 (FAB)

including the rights of each of those plaintiffs to file independent pleadings and otherwise to separately represent their respective clients.

**WHEREFORE**, the Plaintiffs respectfully request that the Court take notice that, with the clarifications stated above, the Plaintiffs have no objection to the requested consolidation.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 18th day of August, 2014.

**s/MANUEL FERNÁNDEZ-BARED**
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204,204
E-mail: mfb@tcmrslaw.com

**s/LINETTE FIGUEROA-TORRES**
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
E-mail: lft@tcmrslaw.com

**TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.**
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

– and –

**s/ LAURA R. DOMINGUEZ-LLERANDI**
LAURA R. DOMINGUEZ-LLERANDI
USDC-PR 219,114
30 Reparto Piñero
Guaynabo, PR 00969-5650
Tel.: (787) 528-7583
Fax.: (787) 963-0677
E-mail: ldominguezlaw@gmail.com

– and –

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

- 2 -

**s/ THOMAS MOERS MAYER**
THOMAS MOERS MAYER
AMY CATON
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
Email: tmayer@kramerlevin.com
acaton@kramerlevin.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**s/LINETTE FIGUEROA-TORRES**
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
E-mail: lft@tcmrslaw.com