UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
The Hon. Francisco A. Besosa

| | |
|---|---|
| FRANKLIN CALIFORNIA TAX-FREE TRUST, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>    Defendants. | Civil Action No. 14-cv-1518-FAB |
| BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, for and on behalf of investment funds for which it acts as investment manager,<br>    Plaintiffs,<br><br>vs.<br><br>ALEJANDRO J. GARCIA PADILLA, in his official capacity as Governor of Puerto Rico, et al.<br><br>    Defendants. | Civil Action No. 14-cv-1569-FAB |

**RESPONSE TO FRANKLIN PLAINTIFFS' MOTION FOR ORAL ARGUMENT**

COME NOW, the Commonwealth of Puerto Rico, Alejandro García Padilla, in his official capacity as Governor of Puerto Rico, Cesar R. Miranda Rodríguez, in his official capacity as Secretary of Justice of Puerto Rico, and Melba Acosta, in her capacity as agent of the Government Development Bank for Puerto Rico (collectively, the "Commonwealth Defendants"), without submitting to the Court's jurisdiction and without waiving their affirmative defense to Eleventh

Amendment or sovereign immunity, through the undersigned attorneys, and very respectfully STATE, AVER and PRAY:

The Commonwealth Defendants do not oppose the Franklin Plaintiffs' Motion for Oral Argument regarding the pending motions to dismiss filed by the Commonwealth Defendants and PREPA, as well as the Franklin Plaintiffs' cross-motion for summary judgment. To the extent the Court believes oral argument would be helpful to resolution of the pending motions, the Commonwealth Defendants would be amenable to present such argument to the Court.

In addition, on even date, Defendant Puerto Rico Electric Power Authority ("PREPA") filed a Response to Plaintiffs' Motion for Oral Argument (Dkt No. 117) to clarify certain characterizations raised by Plaintiffs in their Motion for Oral Argument. The Commonwealth Defendants hereby adopt PREPA's response and incorporate the same herein by reference.

**WHEREFORE**, the Commonwealth Defendants respectfully request that this Honorable Court take note of their response to the Franklin Plaintiffs' Motion for Oral Argument. (Dkt No. 115).

| | |
|---|---|
| Respectfully submitted, | December 2, 2014 |
| César R. Miranda Rodríguez<br>    *Secretary of Justice* | Susan M. Davies<br>Eugene F. Assaf, P.C.<br>Christopher Landau, P.C. |
| Marta Elisa González Y.<br>    *Deputy Secretary of Justice<br>    in Charge of Litigation* | Michael A. Glick<br>Liam P. Hardy<br>Claire M. Murray<br>KIRKLAND & ELLIS LLP\*<br>655 15th Street, N.W.<br>Washington, DC   20005<br>Tel:  (202) 879-5000 |
| DEPARTMENT OF JUSTICE<br>GENERAL LITIGATION OFFICE<br>Federal Litigation and Bankruptcy Division<br>P.O. Box 9020192<br>San Juan, PR   00902-0192<br>Tel:  (787) 721-2900 | |
| | Paul M. Basta, P.C.<br>KIRKLAND & ELLIS LLP\*<br>601 Lexington Avenue<br>New York, NY   10022<br>Tel:  (212) 446-4800 |
| *s/ Jorge L. Flores De Jesús*<br>Jorge L. Flores De Jesús<br>    Special Assistant to the Secretary of Justice<br>(USDC-PR No. 231407)<br>jlflores@justicia.pr.gov | |
| | James H.M. Sprayregen, P.C.<br>KIRKLAND & ELLIS LLP\*<br>300 North LaSalle<br>Chicago, IL   60654<br>Tel:  (312) 862-2000 |
| *s/ Janitza M. García-Marrero*<br>Janitza M. García-Marrero<br>(USDC-PR No. 222603)<br>jgarcia@justicia.pr.gov | |
| | *Attorneys for the Commonwealth of Puerto Rico, Alejandro García Padilla, in his official capacity as Governor of Puerto Rico, César R. Miranda Rodríguez, in his official capacity as Secretary of Justice of Puerto Rico, and Melba Acosta, in her capacity as agent of the Government Development Bank for Puerto Rico* |
| *s/ Maraliz Vázquez Marrero*<br>Maraliz Vázquez Marrero<br>(USDC-PR No. 225504)<br>marvazquez@justicia.pr.gov | |
| *s/ Joseph G. Feldstein-Del Valle*<br>Joseph G. Feldstein-Del Valle<br>(USDC-PR No. 230808)<br>jfeldstein@justicia.pr.gov | |
| | Alejandro Febres-Jorge<br>(USDC-PR No. 228403)<br>GOVERNMENT DEVELOPMENT BANK<br>    FOR PUERTO RICO<br>Roberto Sánchez Vilella Government Center<br>De Diego Avenue No. 100<br>Santurce, PR   00907-2345 |
| *Attorneys for the Commonwealth of Puerto Rico, Alejandro García Padilla, in his official capacity as Governor of Puerto Rico and César R. Miranda Rodríguez, in his official capacity as Secretary of Justice of Puerto Rico* | |
| | *Attorney for Melba Acosta, in her capacity as agent of the Government Development Bank for Puerto Rico* |

\* Attorneys Davies, Assaf, Landau, Glick, Hardy, Murray, Basta, and Sprayregen have been admitted *pro hac vice* in both Case No. 14-cv-1518 and Case No. 14-cv-1569.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 2nd day of December, 2014.

*s/ Janitza M. García-Marrero*
Janitza M. García-Marrero