IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANKLIN CALIFORNIA TAX-FREE TRUST, *et al.*,<br><br>                 *Plaintiffs*,<br><br>vs.<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>                 *Defendants*. | Civil No. 14-1518 (FAB) |

**NOTICE OF APPEAL**

Notice is hereby given that defendants the Commonwealth of Puerto Rico and Alejandro García Padilla, in his official capacity as Governor of the Commonwealth of Puerto Rico, hereby appeal to the United States Court of Appeals for the First Circuit from the Opinion and Order (Dkt. 119) entered in this action on February 6, 2015.

In appealing from the Opinion and Order, defendants appeal from any and all orders antecedent and ancillary thereto, including any and all interlocutory judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Opinion and Order, that shaped the Opinion and Order, that are related to the Opinion and Order, and upon which the Opinion and Order are based.

Respectfully submitted,

César R. Miranda Rodríguez
  *Secretary of Justice*

Marta Elisa González Y.
  *Deputy Secretary of Justice*
   *in Charge of Litigation*

DEPARTMENT OF JUSTICE
GENERAL LITIGATION OFFICE
Federal Litigation and Bankruptcy Division
P.O. Box 9020192
San Juan, PR   00902-0192
Tel:  (787) 721-2900

*s/ Jorge L. Flores De Jesús*
Jorge L. Flores De Jesús
  *Special Assistant to the Secretary of Justice*
(USDC-PR No. 231407)
jlflores@justicia.pr.gov

*s/ Janitza M. García-Marrero*
Janitza M. García-Marrero
(USDC-PR No. 222603)
jgarcia@justicia.pr.gov

*s/ Maraliz Vázquez Marrero*
Maraliz Vázquez Marrero
(USDC-PR No. 225504)
marvazquez@justicia.pr.gov

Joseph G. Feldstein-Del Valle
(USDC-PR No. 230808)
jfeldstein@justicia.pr.gov

February 10, 2015

Susan M. Davies (*pro hac vice*)
Eugene F. Assaf, P.C. (*pro hac vice*)
Christopher Landau, P.C. (*pro hac vice*)
Michael A. Glick (*pro hac vice*)
Liam P. Hardy (*pro hac vice*)
Claire M. Murray (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, DC   20005
Tel:  (202) 879-5000

Paul M. Basta, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY   10022
Tel:  (212) 446-4800

James H.M. Sprayregen, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL   60654
Tel:  (312) 862-2000

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 10th day of February, 2015.

*s/ Janitza M. García-Marrero*
Janitza M. García-Marrero
(USDC-PR No. 222603)
jgarcia@justicia.pr.gov