# United States Court of Appeals
## For the First Circuit

No. 15-1218

FRANKLIN CALIFORNIA TAX-FREE TRUST; FRANKLIN NEW YORK TAX-FREE TRUST; FRANKLIN TAX-FREE TRUST; FRANKLIN MUNICIPAL SECURITIES TRUST; FRANKLIN CALIFORNIA TAX-FREE INCOME FUND; FRANKLIN NEW YORK TAX-FREE INCOME FUND; FRANKLIN FEDERAL TAX-FREE INCOME FUND; OPPENHEIMER ROCHESTER FUND; MUNICIPALS OPPENHEIMER MUNICIPAL FUND; OPPENHEIMER MULTI-STATE MUNICIPAL TRUST; OPPENHEIMER ROCHESTER OHIO MUNICIPAL FUND; OPPENHEIMER ROCHESTER ARIZONA MUNICIPAL FUND; OPPENHEIMER ROCHESTER ARIZONA MUNICIPAL FUND; OPPENHEIMER ROCHESTER VIRGINIA MUNICIPAL FUND; OPPENHEIMER ROCHESTER MARYLAND MUNICIPAL FUND; OPPENHEIMER ROCHESTER LIMITED TERM CALIFORNIA MUNICIPAL FUND; OPPENHEIMER ROCHESTER CALIFORNIA MUNICIPAL FUND; ROCHESTER PORTFOLIO SERIES; OPPENHEIMER ROCHESTER AMT-FREE MUNICIPAL FUND; OPPENHEIMER ROCHESTER AMT-FREE NEW YORK MUNICIPAL FUND; OPPENHEIMER ROCHESTER MICHIGAN MUNICIPAL FUND; OPPENHEIMER ROCHESTER MICHIGAN MUNICIPAL FUND; OPPENHEIMER ROCHESTER MASSACHUSETTS MUNICIPAL FUND; OPPENHEIMER ROCHESTER NORTH CAROLINA MUNICIPAL FUND; OPPENHEIMER ROCHESTER MINNESOTA MUNICIPAL FUND

Plaintiffs - Appellees

v.

COMMONWEALTH OF PUERTO RICO; ALEJANDRO GARCIA-PADILLA, as Governor Of the Commonwealth of Puerto Rico

Defendants - Appellants

PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); MELBA ACOSTA, as Government Development Bank for Puerto Rico Agent; JOHN DOE

Defendants

No. 15-1221

BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, for and on behalf of investment funds for which it acts as investment manager

Plaintiff - Appellee

v.

ALEJANDRO J. GARCIA-PADILLA, in his official capacity as Governor of Puerto Rico; CESAR R. MIRANDA-RODRIGUEZ, in his official capacity as Secretary of Justice of the Commonwealth of Puerto Rico

Defendants - Appellants

JOHN DOE, in his official capacity as employee or agent for the Government Development Bank for Puerto Rico

Defendant

No. 15-1271

FRANKLIN CALIFORNIA TAX-FREE TRUST; FRANKLIN NEW YORK TAX-FREE TRUST; FRANKLIN TAX-FREE TRUST; FRANKLIN MUNICIPAL SECURITIES TRUST; FRANKLIN CALIFORNIA TAX-FREE INCOME FUND; FRANKLIN NEW YORK TAX-FREE INCOME FUND; FRANKLIN FEDERAL TAX-FREE INCOME FUND; OPPENHEIMER ROCHESTER FUND MUNICIPALS; OPPENHEIMER MUNICIPAL FUND; OPPENHEIMER MULTI-STATE MUNICIPAL TRUST; OPPENHEIMER ROCHESTER OHIO MUNICIPAL FUND; OPPENHEIMER ROCHESTER ARIZONA MUNICIPAL FUND; OPPENHEIMER ROCHESTER VIRGINIA MUNICIPAL FUND; OPPENHEIMER ROCHESTER MARYLAND MUNICIPAL FUND; OPPENHEIMER ROCHESTER LIMITED TERM CALIFORNIA MUNICIPAL FUND; OPPENHEIMER ROCHESTER CALIFORNIA MUNICIPAL FUND; ROCHESTER PORTFOLIO SERIES; OPPENHEIMER ROCHESTER AMT-FREE MUNICIPAL FUND; OPPENHEIMER ROCHESTER AMT-FREE NEW YORK MUNICIPAL FUND; OPPENHEIMER ROCHESTER MICHIGAN MUNICIPAL FUND; OPPENHEIMER ROCHESTER MASSACHUSETTS MUNICIPAL FUND; OPPENHEIMER ROCHESTER NORTH CAROLINA MUNICIPAL FUND; OPPENHEIMER ROCHESTER MINNESOTA MUNICIPAL FUND

Plaintiffs - Appellees

v.

MELBA ACOSTA-FEBO, as Government Development Bank for Puerto Rico Agent

Defendant - Appellant

PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); COMMONWEALTH OF PUERTO RICO; ALEJANDRO GARCIA-PADILLA, as Governor of the Commonwealth of Puerto Rico

Defendants

No. 15-1272

BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, for and on behalf of investment funds for which it acts as investment manager

Plaintiff - Appellee

v.

JOHN DOE, in his official capacity as employee or agent for the Government Development Bank for Puerto Rico

Defendant - Appellant

ALEJANDRO GARCIA-PADILLA, in his official capacity as Governor of Puerto Rico; CESAR R. MIRANDA-RODRIGUEZ, in his official capacity as Secretary of Justice of the Commonwealth of Puerto Rico

Defendants

## MANDATE

Entered: July 28, 2015

In accordance with the judgment of July 6, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Philip Abelson
Gabriel R. Aviles-Aponte
Ehud Barak
Philip Bentley
Edilberto Berrios-Perez
Martin J. Bienenstock
David Ellis Blabey Jr.
Leticia Casalduc-Rabell
William Consovoy
Richard James Cooper
Joseph Gabriel Feldstein-Del Valle
Manuel Fernandez-Bared
Linette Figueroa-Torres

Lawrence B. Friedman
Janitza M. Garcia-Marrero
Mark David Harris
David C. Indiano-Vicic
Marc E. Kasowitz
Christopher Landau
Lewis Jeffrey Liman
Sigal Mandelker
Thomas Moers Mayer
Matthew D. McGill
Margarita Luisa Mercado-Echegaray
Andrea G. Miller
Claire McCusker Murray
Sean Aaron O'Neal
Theodore B. Olson
John E. Roberts
Jorge R. Roig
Zarel Joan Soto-Acaba
Scott Grant Stewart
Joanne Alexandra Tomasini-Muniz
Jonathan Mark Wagner
Matthew John Williams