**UNITED STATES DISTRICT COURT**
DISTRICT OF PUERTO RICO
FEDERICO DEGETAU FEDERAL BLDG - RM 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO  00918-1767

February 10, 2016

Mr. Scott S. Harris, Clerk
Supreme Court of the United States
Office of the Clerk
Washington, DC 20543

    Re:  PR/USDC Case No. 14-1518  (FAB)
          Franklin California Tax-Free Trust   v.   Commonwealth of Puerto Rico
          USCCA Case Nos.  15-1218, 15-1271
          **US Supreme Court Nos.  15-233  & 15-255**

Dear Mr. Harris:

    Pursuant to the US Court of Appeals for the First Circuit request, the above entitled action is hereby transmitted to the Supreme Court of the United States.  We herewith enclose the following:

1. Transmittal letter
2. District court docket sheet

    There are neither sealed pleadings nor exhibits filed in this case.  All filings are available electronically through PACER.

    If you have any questions, do not hesitate to contact me.

                                               Very truly yours,

                                               FRANCES RIOS DE MORAN
                                               Clerk of the Court


                                               S/Xiomara Muñiz
                                               Xiomara Muñiz
                                               Appeals Clerk

s/c:  CM/ECF Counsels,  Appeals Clerk